UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI DALE CRAWFORD,<br>    Plaintiff,<br>v.<br>S. SMITH, et al.,<br>    Defendants. | Case No. 24-cv-08821-TLT<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a prisoner at Pelican Bay State Prison, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. Plaintiff's complaint was dismissed, and plaintiff was directed to file a first amended complaint. Dkt. No. 9. The due date has now passed, and plaintiff has neither filed an amended complaint nor sought an extension of time to do so. Due to plaintiff's failure to comply with a court order and failure to prosecute, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: May 19, 2025

TRINA L. THOMPSON
United States District Judge